Filed 4/19/23  P. v. Ayobi CA3

<u>NOT</u> <u>TO</u> <u>BE</u> <u>PUBLISHED</u>

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.**

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

THIRD APPELLATE DISTRICT

(Sacramento)

----

| | |
|---|---|
| THE PEOPLE,<br><br>    Plaintiff and Respondent,<br><br>    v.<br><br>SHAJIA AYOBI,<br><br>    Defendant and Appellant. | C096935<br><br>(Super. Ct. No. 12F00488) |

Defendant Shajia Ayobi appeals the trial court's denial of his petition for resentencing under Penal Code section 1172.6.[1]  Counsel filed a brief raising no arguable issues under *People v. Delgadillo* (2022) 14 Cal.5th 216 (*Delgadillo*) and requesting we exercise our discretion to review the entire record for arguable issues on appeal.

On February 1, 2023, we notified defendant:  1) counsel had filed a brief indicating no arguable issues had been identified; 2) as a case arising from an order

---

[1] Defendant filed his petition under Penal Code former section 1170.95.  Effective June 30, 2022, the Legislature renumbered Penal Code former section 1170.95 to section 1172.6.  (Stats. 2022, ch. 58, § 10.)

1

denying postconviction relief, defendant was not entitled to counsel or to an independent review of the record; and 3) in accordance with the procedures set forth in *Delgadillo*, defendant had 30 days in which to file a supplemental brief or letter raising any argument he wanted this court to consider.  In addition, we notified defendant if we did not receive a letter or brief within that 30-day period, the court may dismiss the appeal as abandoned. More than 30 days elapsed and we received no communication from defendant.

We consider defendant's appeal abandoned and order the appeal dismissed. (*Delgadillo, supra*, 14 Cal.5th at p. 232.)

DISPOSITION

The appeal is dismissed.


_____/S/_____
MAURO, Acting P. J.

We concur:


_____/S/_____
KRAUSE, J.


_____/S/_____
MESIWALA, J.

2